

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00519-CV

**IN RE STATE FARM FIRE & CAS.CO.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Luz Elena D. Chapa, Justice

On July 24, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than August 14, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 30, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2010-CI-02326, styled *Ronald Mensch v. State Farm Fire & Casualty Company and Texas Department of Insurance - Division of Workers' Compensation*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.